```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 05893
   BRIAN E TURNER
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-1442


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 04/02/2007 and was confirmed 06/25/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 10/15/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
ASSET ACCEPTANCE LLC       UNSECURED         1549.48            .00            .00
ASSET ACCEPTANCE LLC       UNSECURED         2443.43            .00            .00
ASSET ACCEPTANCE LLC       UNSECURED         1071.17            .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED         5845.97            .00            .00
ASSET ACCEPTANCE LLC       UNSECURED         1910.12            .00            .00
OCWEN FEDERAL BANK         CURRENT MORTG        .00             .00            .00
OCWEN FEDERAL BANK         MORTGAGE ARRE   22691.69             .00            .00
WELLS FARGO BANK NA        CURRENT MORTG        .00             .00            .00
WELLS FARGO BANK NA        MORTGAGE ARRE     384.09             .00         384.09
AMERICAN GENERAL FINANCE   SECURED           300.00            7.35          41.58
AMERICAN GENERAL FINANCE   CURRENT MORTG        .00             .00            .00
AMERICAN GENERAL FINANCE   MORTGAGE ARRE    6000.00             .00        1214.64
AMERICAN GENERAL FINANCE   SECURED VEHIC        .00             .00            .00
AMERICAN GENERAL FINANCE   UNSECURED       NOT FILED            .00            .00
AMERICAN GENERAL FINANCE   CURRENT MORTG        .00             .00            .00
CITY OF CHICAGO WATER DE   SECURED          1000.00           87.08         174.54
CITY OF CHICAGO WATER DE   SECURED           800.00           19.03         110.58
CITY OF CHICAGO WATER DE   SECURED           300.00            7.44          33.16
CITY OF CHICAGO WATER DE   SECURED NOT I        .00             .00            .00
EMC MORTGAGE CORP          SECURED NOT I        .00             .00            .00
EMC MORTGAGE CORP          SECURED NOT I        .00             .00            .00
GMAC MORTGAGE              CURRENT MORTG        .00             .00            .00
GMAC MORTGAGE              MORTGAGE ARRE    5785.36             .00        1171.20
HOMEQ SERVICING            CURRENT MORTG        .00             .00            .00
HOMEQ SERVICING            MORTGAGE ARRE        .00             .00            .00
ILLINOIS DEPT OF REVENUE   PRIORITY         2429.63             .00            .00
INTERNAL REVENUE SERVICE   PRIORITY        15794.74             .00            .00
INTERNAL REVENUE SERVICE   UNSECURED        7420.15             .00            .00
CAPITAL ONE BANK           UNSECURED       NOT FILED            .00            .00
CHRYSLER CREDIT            UNSECURED       NOT FILED            .00            .00
CITY OF CHICAGO DEPART A   UNSECURED       NOT FILED            .00            .00
CITY OF CHICAGO WATER DE   UNSECURED       NOT FILED            .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 05893 BRIAN E TURNER
```

```
DEUTSCHE BANK NATL TRUST  UNSECURED      NOT FILED          .00              .00
FIRST PREMIER BANK        UNSECURED      NOT FILED          .00              .00
INTERNAL REVENUE SERVICE  UNSECURED      NOT FILED          .00              .00
ORCHARD BANK              UNSECURED      NOT FILED          .00              .00
T MOBILE                  UNSECURED      NOT FILED          .00              .00
US DEPT OF EDUCATION      UNSECURED      45640.68           .00              .00
STATE OF MICHIGAN         DSO ARREARS    NOT FILED          .00              .00
CHASE MANHATTAN MORTGAGE  UNSECURED      23722.95           .00              .00
IL DEPT OF HEALTHCARE &   PRIORITY       12093.61           .00              .00
IL DEPT OF HEALTHCARE &   UNSECURED      15641.36           .00              .00
ILLINOIS DEPT OF REVENUE  UNSECURED        828.27           .00              .00
DEBRA J VORHIES LEVINE    DEBTOR ATTY    2,314.00                       2,314.00
TOM VAUGHN                TRUSTEE                                         411.74
DEBTOR REFUND             REFUND                                        2,173.57

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                   8,150.00

PRIORITY                                              .00
SECURED                                         3,129.79
    INTEREST                                      120.90
UNSECURED                                             .00
ADMINISTRATIVE                                  2,314.00
TRUSTEE COMPENSATION                              411.74
DEBTOR REFUND                                   2,173.57
                         ---------------    ---------------
TOTALS                    8,150.00              8,150.00
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 01/22/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
           CASE NO. 07 B 05893 BRIAN E TURNER